Case 5:17-cv-00612-D   Document 1-1   Filed 06/02/17   Page 1 of 2

SCD-21-1012977_001_051517

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

MAY - 3 2017

RICK WARREN
COURT CLERK
31_____

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| KEVIN JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CJ-2017-2541 |
| | ) |
| STATE AUTO PROPERTY AND | ) |
| CASUALTY INSURANCE COMPANY | ) |
| AND JOHN DOE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORIGINAL PETITION

Plaintiff, Kevin Johnson, for his cause of action against the defendants states and alleges as follows:

1. Plaintiff is a resident of Bethany, Oklahoma. The named John Doe is believed to be a resident of Oklahoma County. The defendant, State Auto Property and Casualty Insurance Company ("State Auto"), is believed to be a foreign corporation doing business in the state of Oklahoma.

2. On May 11, 2015, plaintiff was operating a van owned by his employer, State Beauty Supply, when he was involved in a collision with John Doe, a negligent uninsured motorist.

3. At the time of the collision, plaintiff, as a permissive user of the vehicle and as per the terms of the policy, was insured by the defendant.

4. Defendant has taken various and inconsistent positions regarding plaintiff's claims, particularly to his entitlement to medical payment coverage under the policy.

**DISCOVERY SERVED WITH PETITION AND SUMMONS**
**ATTORNEY LIEN CLAIMED**

Exhibit 1

5. Defendant Sate Auto has failed to conduct a reasonable and thorough evaluation as to liability and damages, has treated it's insured as an adversary and has generally failed to treat the plaintiff in good faith.

6. Defendant John Doe's negligent actions caused plaintiff to incur damages including but not limited to pain and suffering, lost wages, medical expenses, mental anguish and other financial and emotional damages which he is entitled to compensation.

7. Defendant Sate Auto Property and Casualty Insurance Company has refused to provide plaintiff with a fair evaluation of plaintiff's damages and without conducting a proper evaluation as to liability has denied plaintiff's uninsured motorist claim. This defendant has failed to compensate the plaintiff as to the damages he is legally entitled to.

8. That a result of the actions and non-actions of the defendants, plaintiff sustained injuries/damages.

WHEREFORE, plaintiff demands judgment against the defendants herein in an amount that exceeds the amount required for diversity jurisdiction and all further relief that he may be entitled to in law and equity.

Respectfully submitted by:

Rick W. Bisher, OBA # 12215
Riley Bisher, OBA #32734
Ryan, Bisher, Ryan & Simons
4323 NW 63rd St. Suite 110
Oklahoma City, Oklahoma 73116
(405) 528-4567
(405) 525-2123 Facsimile
rbisher@rbrlawfirm.com
riley@rbrlawfirm.com

**DISCOVERY SERVED WITH PETITION AND SUMMONS**
**ATTORNEY LIEN CLAIMED**

Exhibit 1