IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. KEVIN JOHNSON,<br><br>   Plaintiff,<br><br>vs.<br><br>1. STATE AUTO PROPERTY AND CASUALTY INSURANCE COMPANY,<br>2. JOHN DOE,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)  No. 5:17-CV-612-D<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. Proc, hereby stipulate that the above-styled and numbered action is dismissed with prejudice, with each party bearing its own costs and attorney fees.

*s/Rick W. Bisher*
Rick W. Bisher OBA #12215
Riley Bisher, OBA #32734
RYAN, BISHER, RYAN & SIMONS
4323 NW 63rd St., Suite 110
Oklahoma City, OK 73116
rbisher@rbrlawfirm.com
riley@rbelawfirm.com

ATTORNEY FOR PLAINTIFFS

*s/Andrew M. Bowman*
Larry D. Ottaway - OBA No. 6816
larryottaway@oklahomacounsel.com
Andrew M. Bowman - OBA No. 22071
andrewbowman@oklahomacounsel.com
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma 73102
Telephone: (405) 232-4633
Facsimile: (405) 232-3462

ATTORNEYS FOR DEFENDANT
STATE AUTO PROPERTY AND
CASUALTY INSURANCE COMPANY